UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-                                            Case No. 3:10-CV-376

ONE 2009 BMW X6, et al.,

        Defendants.

## ORDER LIFTING STAY AND REACTIVATING CASE ON THE COURT'S DOCKET

On April 1, 2011, the Court stayed the above captioned case (doc. 20) until the completion of a related criminal investigation. Plaintiff's Counsel was ordered to file status reports every six (6) months. On January 2, 2014, Plaintiff's Counsel filed a status report (doc. 31) in which they recommended the administrative stay currently in place should be lifted subject to the Court's approval. Therefore, IT IS ORDERED that the stay be lifted and this case is reactivated upon the docket of this Court

**DONE** and **ORDERED** in Dayton, Ohio, this 3rd day of January, 2014.

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT